# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1725 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Automobile Mech. Local 701 funds vs. Mizera Chevrolet-Buick, Inc. | | |

**DOCKET ENTRY TEXT**

The case is set for an initial status hearing on 6/26/08 at 9:30 a.m. Plaintiff's counsel is directed to advise the defendant of the status hearing date following service of summons.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|