AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701

Plaintiffs,

V.

MIZERA CHEVROLET-BUICK, INC., AN ILLINOIS CORPORATION

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV1725

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

MIZERA CHEVROLET-BUICK, INC.
C/O ITS REGISTERED AGENT, JAMES R. HARDT
2610 LAKE COOK ROAD, STE. 200
RIVERWOODS, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL M. EGAN
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

March 25, 2008
Date

○ 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 4/14/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JOHN MARZEC | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Mizera Chevrolet-Buick, Inc c/o its registered agent, James R. Hardt at his Law Office c/o Gary Wilcox at 2610 Lake Cook Rd. Riverwoods, IL 60015

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/08
Date

Signature of Server

Address of Server
THE ARGUS AGENCY INC.
1400 RENA_____ CT DR. STE 208
PARK RIDGE IL _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.