**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701 )
Plaintiffs, )
) No. 08 C 1725
v. )
) Judge Kennelly
MIZERA CHEVROLET-BUICK, INC., an Illinois corporation )
) Magistrate Judge Mason
Defendant. )

**MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiffs, AUTOMOBILE MECHANICS LOCAL 701 WELFARE AND PENSION FUNDS, by one of their attorneys, PAUL M. EGAN and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter Judgment in a Sum Certain in favor of Plaintiffs and against Defendants, MIZERA CHEVROLET-BUICK, INC., an Illinois corporation.

In support thereof, Plaintiffs state:

1. This case was filed on March 25, 2008.

2. Defendant was served with the Summons and Complaint on April 14, 2008.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per affidavit of Don Alcott, Defendant MIZERA CHEVROLET-BUICK, INC., owes contributions for the month of January 2008, in the amount of $12,056.00 for the Welfare and Pension Fund and $1,205.00 in liquidated damages. (Exhibit A).

5. Per the affidavit of Paul M. Egan, attorney for Plaintiffs in legal fees and expenses

$1,560.00 has been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray that judgment be rendered in the amount of $14,821.00 against Defendant, MIZERA CHEVROLET-BUICK, INC., and in favor of the Plaintiffs, TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701 .

Respectfully submitted,

TRUSTEES OF THE AUTOMOBILE
MECHANICS' INDUSTRY WELFARE
AND PENSION FUNDS LOCAL 701

By: s/Paul M. Egan
One of their Attorneys

Paul M. Egan
**ARNOLD AND KADJAN**
19 West Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701,
Plaintiffs,

v.

MIZERA CHEVROLET-BUICK, INC., an Illinois corporation
Defendant.

No. 08 C 1725

Judge Kennelly

Magistrate Judge Mason

**AFFIDAVIT**

Donald H. Alcott, upon being first duly sworn, on oath deposes and states:

1. Affiant is, Fund Administrator of the Automobile Mechanics Local 701 Welfare and Pension Funds ("Funds").

2. The Funds are in receipt of the monthly benefit reports for the month of January 2008 from Mizera Chevrolet-Buick, Inc., and payroll records for the month of January 2008 from Mizera Chevrolet-Buick, Inc.

3. The reports and records show arrears owing to the Funds, in the amount of $12,056.00 in welfare and pension contributions, and $1,205.00 in liquidated damages.

4. The total due to the Plaintiffs including arrearages, but excluding attorneys' fees and court costs, is $13,261.00.



5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing

FURTHER AFFIANT SAYETH NOT.

[signature]
**DONALD H. ALCOTT**

SUBSCRIBED AND SWORN to
before me this 11 day
of June, 2008

[signature]
**NOTARY PUBLIC**



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701<br>Plaintiffs, | ) | No. 08 C 1725 |
| v. | ) | Judge Kennelly |
| MIZERA CHEVROLET-BUICK, INC., an Illinois corporation<br>Defendant. | ) | Magistrate Judge Mason |

**AFFIDAVIT**

Paul M. Egan, upon being first duly sworn, on oath deposes and states:

1. Affiant is the attorney in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 6 hours in litigation in this matter.

3. Our normal rate is $260.00 per hour.

4. Our firm charged the Automobile Mechanics Local 701 Funds $1,560.00 in attorneys' fees in this matter.

5. Our firm also charged the Automobile Mechanics Local 701 Funds $350.00 for the court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.



FURTHER AFFIANT SAYETH NOT.

PAUL M. EGAN

SUBSCRIBED AND SWORN to before me this 20th day of June, 2008.

NOTARY PUBLIC

OFFICIAL SEAL
CAROL COLLINS
Notary Public - State of Illinois
My Commission Expires Jul 20, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701 | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 1725 |
| v. | ) | |
| | ) | Judge Kennelly |
| MIZERA CHEVROLET-BUICK, INC., an Illinois corporation | ) | |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**JUDGMENT ORDER**

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $14,821.00 is entered in favor of Plaintiffs, TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701, and against the Defendants, MIZERA CHEVROLET-BUICK, INC., an Illinois corp.

2. This is a final and appealable order.

DATED: ________________________________________

ENTER:________________________________________
**HONORABLE JUDGE KENNELLY**

Paul M. Egan
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415