**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE AUTOMOBILE )
MECHANICS' INDUSTRY WELFRE )
AND PENSION FUNDS LOCAL 701 )
                Plaintiffs, )
                        )    No.    08 C 1725
      v. )
                        )    Judge  Kennelly
MIZERA CHEVROLET-BUICK, INC., an )
Illinois corporation )
                        )    Magistrate Judge Mason
            Defendant. )

**NOTICE OF MOTION**

**TO:**   Mizera Chevrolet-Buick, Inc.
       c/o its registered agent, James R. Hardt
       2610 Lake Cook Road, Ste. 200
       Riverwoods, IL 60015

     **PLEASE TAKE NOTICE** that on **July 2, 2008 at 9:30 a.m.** or as soon thereafter as

Counsel may be heard, I shall appear before the **Honorable Judge Kennelly**, in the Courtroom

**2103** usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago,

Illinois, and then and there move and present the attached Motion for Judgment in Sum Certain.

                           TRUSTEES OF THE AUTOMOBILE
                           MECHANICS' INDUSTRY WELFARE
                           AND PENSION FUNDS LOCAL 701

                           /s/ Paul M. Egan
                           Attorneys for Plaintiffs

Paul M. Egan
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008 I electronically filed the foregoing Notice of Motion and Motion for Judgment in Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Mizera Chevrolet-Buick, Inc.
c/o its registered agent, James R. Hardt
2610 Lake Cook Road, Ste. 200
Riverwoods, IL 60015

**s/Paul M. Egan**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  June 20, 2008