<60>Order Form (01/2005)

Case 1:08-cv-01725  Document 11  Filed 07/02/2008  Page 1 of 1



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1725 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Trustees vs. Mizera Chervrolet | | |

**DOCKET ENTRY TEXT**

Motion for judgment is granted. Enter Judgment in favor of plaintiffs in the amount of $14,821.00. Status hearing of 7/14/2008 is vacated. Clerk of Court is directed to term all pending motions.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|