

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFRE AND PENSION FUNDS LOCAL 701<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MIZERA CHEVROLET-BUICK, INC., an Illinois corporation<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　No.   08 C 1725<br>)<br>)　Judge  Kennelly<br>)<br>)<br>)<br>)　Magistrate Judge Mason<br>) |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $14,821.00 is entered in favor of Plaintiffs, TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701, and against the Defendants, MIZERA CHEVROLET-BUICK, INC., an Illinois corp.

2. This is a final and appealable order.

DATED: 7-2-08

ENTER: _____
**HONORABLE JUDGE KENNELLY**

Paul M. Egan
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415